AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| EVOX Productions, LLC | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  2:26-cv-7201 |
| Stability AI, Inc., a Delaware corporation, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stability AI Ltd.
Fora-United House 9
Pembridge Road, Notting Hill Gate
London, England W11 3JY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Crowell & Moring LLP
Kent B. Goss (kgoss@crowell.com)
Raija Horstman (rhorstman@crowell.com)
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: 213.622.4750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        07/02/2026

_____
*Signature of Clerk or Deputy Clerk*