AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| EVOX Productions, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Stability AI, Inc., a Delaware corporation, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:26-cv-7201

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Runway AI, Inc.
c/o United Corporate Services, Inc.
800 North State Street, Suite 304
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Crowell & Moring LLP
Kent B. Goss (kgoss@crowell.com)
Raija Horstman (rhorstman@crowell.com)
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: 213.622.4750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____07/02/2026_____          _____
                                          *Signature of Clerk or Deputy Clerk*