KEKER, VAN NEST & PETERS LLP
DAVID SILBERT #173128
dsilbert@keker.com
PAVEN MALHOTRA #258429
pmalhotra@keker.com
MATAN SHACHAM #262348
mshacham@keker.com
BAILEY W. HEAPS #295870
bheaps@keker.com
DEEVA SHAH #319937
dshah@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

*Attorneys for Defendant Runway AI, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation; HUGGING FACE, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-07201-CAS-RAOx <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR ASSOCIATED BRIEFING SCHEDULE** <br><br> Judge:     Hon. Christina A. Snyder <br><br> Filed:     July 2, 2026 |

**ORDER**

Before the Court is the Joint Stipulation to Extend Time to Respond to Complaint for Associated Briefing Schedule ("Stipulation"), jointly filed by

1

Plaintiff Evox Productions, LLC ("Evox") and Defendant Runway AI, Inc. ("Runway") (collectively, "the Parties").

The Court, having reviewed the Stipulation and finding good cause, IT IS HEREBY ORDERED THAT:

1. The Parties' Stipulation is **GRANTED**.

2. Runway's time to respond to the Complaint shall be extended to September 14, 2026.

3. Should Runway move to dismiss the Complaint, Runway shall have until September 14, 2026 to file its motion.

4. Evox shall have until October 5, 2026 to file its opposition to Runway's motion.

5. Runway shall have until October 26, 2026 to file its reply in support of its motion.

6. A hearing on Runway's motion shall be noticed for hearing on November 9, 2026, at 10:00 am.

**IT IS SO ORDERED**.

Dated: May 5, 2026

*Christina A. Snyder*
___

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT

(PROPOSED) ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 2:26-cv-07201-CAS-RAO