# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EVOX PRODUCTIONS, LLC, a Delaware limited liability company,

Plaintiff,

v.

STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation; HUGGING FACE, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; and DOES 1 through 10, inclusive.,

Defendants.

Case No.  2:26-cv-7201-CAS-RAOx

**ORDER GRANTING JOINT STIPUATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR ASSOCIATED BRIEFING SCHEDULE**

Judge:   Hon. Christina A. Snyder

Filed:    July 2, 2026

## ORDER

Before the Court is the Joint Stipulation to Extend Time to Respond to Complaint, jointly filed by plaintiff Evox Productions, LLC and defendants Stability AI, Inc. and Stability AI US Services Corporation to align Stability's deadline to

respond and associated briefing schedule with that of defendant Runway AI, Inc. (ECF No. 31).

The Court, having reviewed the stipulation and finding good cause, ORDERS THAT:

1. The parties' stipulation is **GRANTED**.

2. Stability's time to respond to the Complaint shall be extended to September 14, 2026.

3. Should Stability move to dismiss the Complaint, Stability shall have until September 14, 2026 to file its motion.

4. Evox shall have until October 5, 2026 to file its opposition to Stability's motion.

5. Stability shall have until October 26, 2026 to file its reply in support of its motion.

6. A hearing on Stability's motion shall be held on November 9, 2026, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: August 6, 2026

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT