**DLA PIPER LLP (US)**
Gina Durham (SBN 295910)
gina.durham@us.dlapiper.com
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

*Attorney for Defendant DeviantArt, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

EVOX PRODUCTIONS, LLC, a Delaware limited liability company,

Plaintiff,

v.

STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation; HUGGING FACE, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; and DOES 1 through 10, inclusive.,

Defendants.

Case No. 2:26-cv-7201-CAS-RAOx

**ORDER ON JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT AND ASSOCIATED BRIEFING SCHEDULE**

Judge: Hon. Christina A. Snyder

**ORDER**

Before the Court is the Joint Stipulation to Extend Time for Defendants to Respond to Initial Complaint and Associated Briefing Schedule, jointly filed by plaintiff Evox Productions, LLC and defendants DeviantArt, Inc., Stability AI, Inc., Stability AI US Services Corporation, Stability AI Ltd, and Runway AI, Inc. (collectively, "Defendants") to align all of the Defendants' deadlines to respond to the initial

///

Complaint and the associated briefing schedule for the Defendants' anticipated motions to dismiss and plaintiff's opposition thereto.

The Court, having reviewed the stipulation and finding good cause, ORDERS THAT:

1. The parties' stipulation is **GRANTED**.

2. The deadline for each of the Defendants to answer or otherwise respond to the Complaint shall be extended to October 12, 2026.

3. Should any of the Defendants move to dismiss the Complaint, each Defendant shall have until October 12, 2026 to file its motion.

4. Evox shall have until November 23, 2026 to file its opposition to each of the motions filed by the Defendants.

5. Each Defendant shall have until December 14, 2026 to file its reply in support of its motion.

6. A hearing on each of the foregoing motions to dismiss shall be held on January 11, 2027, at 10:00 a.m.

**IT IS SO ORDERED**

Dated: August 24, 2026.

By: _Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE