CROWELL & MORING LLP
Kent B. Goss (CSB No. 131499)
KGoss@crowell.com
Valerie M. Goo (CSB No. 187334)
VGoo@crowell.com
Raija Horstman (CSB No. 277301)
RHorstman@crowell.com
Kenneth R. Taketa (CSB No. 320365)
KTaketa@crowell.com
Ahnna L. Chu (CSB No. 351207)
AChu@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Plaintiff EVOX Productions, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EVOX PRODUCTIONS, LLC a Delaware limited liability company,

Plaintiff,

v.

STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation, HUGGING FACE, INC., a Delaware corporation; DEVIANT ART, INC., a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-7201-CAS-RAOx

**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT HUGGING FACE, INC.**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff EVOX Productions, LLC ("Plaintiff") respectfully requests that the Clerk of Court enter default against Defendant Hugging Face, Inc. ("Hugging Face") pursuant to Federal Rule of Civil Procedure 55 and Local Rule 55-1.

Plaintiff served the summons and complaint on Hugging Face's agent for service of process that is registered with the California Secretary of State, Registered Agent Solutions, Inc. at 555 Capitol Mall, Suite 1150, Sacramento, California 95814 ("Registered Agent Solutions") on July 16, 2026. ECF No. 27; Declaration of Raija Horstman ISO Plaintiff's Application for Entry of Default, ¶¶ 2-3. Hugging Face has failed to plead or otherwise respond to the complaint within the time prescribed by law. *Id.* ¶¶ 4-7. Hugging Face has not attempted to contact Plaintiff's counsel, either in response to the complaint or after receipt of the Court's August 18, 2026 Order to Show Cause (ECF No. 40). *Id.*

Therefore, Evox respectfully requests that default be entered against Hugging Face. Evox also respectfully requests that this request for entry of default serves as its response to the August 18, 2026 Order to Show Cause (ECF No. 40).

Dated: September 4, 2026

CROWELL & MORING LLP

By: */s/ Raija Horstman*
Kent B. Goss
Valerie M. Goo
Raija Horstman
Kenneth R. Taketa
Ahnna L. Chu

Attorneys for Plaintiff
EVOX Productions, LLC