**POLSINELLI LLP**
Adam Peter Daniels (SBN 296466)
Adaniels@polsinelli.com
2049 Century Park E., Ste. 2900
Los Angeles, CA 90067
(310) 556-1801

*Attorneys for Defendant*
*Hugging Face, Inc.*

**CROWELL & MORING LLP**
Kent B. Goss (CSB No. 131499)
K.Goss@crowell.com
515 S. Flower St., 41st Fl.
Los Angeles, CA 90071
(213) 622 4750

*Attorneys for Plaintiff,*
*EVOX Productions, LLC*

*[Additional counsel information on signature page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EVOX PRODUCTIONS, LLC, a Delaware limited liability company,

Plaintiff,

v.

STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation; HUGGING FACE, INC., a Delaware corporation; DEVIANTART, INC., a, Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-07201-CAS-RAO

**JOINT STIPULATION TO SET ASIDE AND VACATE CLERK'S ENTRY OF DEFAULT AND EXTEND TIME FOR HUGGING FACE, INC. TO RESPOND TO COMPLAINT**

Hon. Christina A. Snyder

Pursuant to Civil Local Rule 7-1, Defendant Hugging Face, Inc. (Hugging Face) and Plaintiff EVOX PRODUCTIONS, LLC (EVOX) jointly stipulate as follows:

WHEREAS, EVOX filed its complaint in this action on July 2, 2026 (Dkt. 1);

WHEREAS, EVOX served the summons and complaint to Hugging Face's registered agent for service of process on July 16, 2026 (Dkt. 27);

WHEREAS, EVOX served the Court's August 18, 2026 Order to Show Cause to Hugging Face's registered agent for service of process on August 20, 2026 (Dkt. 43);

WHEREAS, EVOX submitted its Application for Entry of Default against Hugging Face on September 4, 2026 (Dkt. 44);

WHEREAS, the Clerk entered default against Hugging Face on September 4, 2026 (Dkt. 45);

WHEREAS, counsel for Hugging Face filed a notice of appearance on September 8, 2026 (Dkt. 46);

WHEREAS, counsel for Hugging Face and EVOX met and conferred on September 9, 2026 and agree that good cause exists to set aside and vacate the Clerk's entry of default to avoid further motion practice related to default and to permit this matter to be resolved on the merits;

WHEREAS, Hugging Face and EVOX agree that setting aside the default will not prejudice EVOX and will promote the efficient adjudication of this action;

WHEREAS, the relief sought in this stipulation is sought in good faith and will not affect any other deadlines set by the Court;

WHEREAS, the Court entered an order setting the deadline for the other Defendants in this action to answer or otherwise respond to the complaint by October 12, 2026 (Dkt. 42); and

WHEREAS, Hugging Face and EVOX have agreed to a date by which Hugging Face shall answer or otherwise respond to the complaint and an associated briefing schedule as set forth below.

NOW, THEREFORE, Hugging Face and EVOX hereby jointly stipulate and agree, subject to the Court's approval, as follows:

1. the Clerk's entry of default against Hugging Face shall be set aside and vacated pursuant to Federal Rule of Civil Procedure 55(c); and

2. Hugging Face and EVOX shall adhere to the following responsive pleading and briefing schedule:

| DATE | EVENT |
|---|---|
| October 5, 2026 | Hugging Face shall answer or otherwise respond to the complaint |
| November 16, 2026 | EVOX shall file any opposition to any motion filed by Hugging Face |
| December 7, 2026 | Hugging Face shall file its reply in support of any motion it files |
| January 11, 2027 | Hearing (same date for the other Defendants as set in Dkt. 42) |

Dated: September 10, 2026

Respectfully submitted,

**CROWELL & MORING LLP**

/s/ Raija Horstman
Kent B. Goss (SBN 131499)
kgoss@crowell.com
Valerie M. Goo (SBN 187334)
vgoo@crowell.com
Raija Horstman (SBN 277301)
rhorstman@crowell.com
Kenneth R. Taketa (SBN 320365)
ktaketa@crowell.com
Ahnna L. Chu (SBN 351207)
achu@crowell.com
515 S. Flower St., 41st Fl.
Los Angeles, CA 90071
213.622.4750

*Attorneys for Plaintiff EVOX Productions, LLC*

**POLSINELLI LLP**

/s/ Adam P. Daniels
Adam P. Daniels (SBN 296466)
adaniels@polsinelli.com
2049 Century Park E., Ste. 2900
Los Angeles, CA 90067
310-556-1801

Jason A. Wietjes
*(Pro Hac Vice forthcoming)*
jwietjes@polsinelli.com
POLSINELLI PC
4020 Maple Ave., Ste. 300
Dallas, TX 75201
(214) 661-5519

*Attorneys for Defendant Hugging Face, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 10, 2026

s/ Adam P. Daniels_____
Adam P. Daniels

*Attorneys for Defendant Hugging Face, Inc.*

/s/ Raija Horstman_____
Raija Horstman

*Attorneys for Plaintiff EVOX Productions, LLC*