**POLSINELLI LLP**
Adam Peter Daniels (SBN 296466)
Adaniels@polsinelli.com
2049 Century Park E., Ste. 2900
Los Angeles, CA 90067
(310) 556-1801

*Attorneys for Defendant*
*Hugging Face, Inc.*

**CROWELL & MORING LLP**
Kent B. Goss (CSB No. 131499)
K.Goss@crowell.com
515 S. Flower St., 41st Fl.
Los Angeles, CA 90071
(213) 622 4750

*Attorneys for Plaintiff,*
*EVOX Productions, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation; HUGGING FACE, INC., a Delaware corporation; DEVIANTART, INC., a, Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-07201-CAS-RAO<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO SET ASIDE AND VACATE CLERK'S ENTRY OF DEFAULT AND EXTEND TIME FOR HUGGING FACE, INC. TO RESPOND TO COMPLAINT**<br><br>Hon. Christina A. Snyder |

# ORDER

Before the Court is a Joint Stipulation by Defendant Hugging Face, Inc. and Plaintiff EVOX Productions, LLC to set aside and vacate the Clerk's entry of default and extend the deadline for Hugging Face, Inc. to respond to the Complaint.

The Court, having reviewed the Stipulation and finding good cause, ORDERS THAT:

1. the stipulation is **GRANTED**;
2. the Clerk's entry of default against Hugging Face, Inc. shall be set aside and vacated pursuant to Federal Rule of Civil Procedure 55(c); and
3. the parties hereto shall adhere to the following responsive pleading and briefing schedule:

| DATE | EVENT |
|---|---|
| October 5, 2026 | Hugging Face shall answer or otherwise respond to the complaint |
| November 16, 2026 | EVOX shall file any opposition to any motion filed by Hugging Face |
| December 7, 2026 | Hugging Face shall file its reply in support of any motion it files |
| January 11, 2027 | Hearing (same date for the other Defendants as set in Dkt. 42) |

**SO ORDERED**

Dated: ____________, 2026

By:_______________________
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE