**POLSINELLI LLP**
Adam Peter Daniels (SBN 296466)
Adaniels@polsinelli.com
2049 Century Park E., Ste. 2900
Los Angeles, CA 90067
(310) 556-1801

*Attorneys for Defendant*
*Hugging Face, Inc.*

**CROWELL & MORING LLP**
Kent B. Goss (CSB No. 131499)
K.Goss@crowell.com
515 S. Flower St., 41st Fl.
Los Angeles, CA 90071
(213) 622 4750

*Attorneys for Plaintiff,*
*EVOX Productions, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EVOX PRODUCTIONS, LLC, a Delaware limited liability company,

Plaintiff,

v.

STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation; HUGGING FACE, INC., a Delaware corporation; DEVIANTART, INC., a, Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-07201-CAS-RAOx

**ORDER ON JOINT STIPULATION TO SET ASIDE AND VACATE CLERK'S ENTRY OF DEFAULT AND EXTEND TIME FOR HUGGING FACE, INC. TO RESPOND TO COMPLAINT**

Hon. Christina A. Snyder

# ORDER

Before the Court is a Joint Stipulation by Defendant Hugging Face, Inc. and Plaintiff EVOX Productions, LLC to set aside and vacate the Clerk's entry of default [45] and extend the deadline for Hugging Face, Inc. to respond to the Complaint.

The Court, having reviewed the Stipulation and finding good cause, ORDERS THAT:

1. the stipulation is **GRANTED**;
2. the Clerk's entry of default against Hugging Face, Inc. shall be set aside and vacated pursuant to Federal Rule of Civil Procedure 55(c); and
3. the parties hereto shall adhere to the following responsive pleading and briefing schedule:

| DATE | EVENT |
|---|---|
| October 5, 2026 | Hugging Face shall answer or otherwise respond to the complaint |
| November 16, 2026 | EVOX shall file any opposition to any motion filed by Hugging Face |
| December 7, 2026 | Hugging Face shall file its reply in support of any motion it files |
| January 11, 2027, at 10:00 a.m. | Hearing (same date for the other Defendants as set in Dkt. 42) |

**IT IS SO ORDERED.**

Dated: September 11, 2026

By: Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE