Adam P. Daniels (SBN 296466)
POLSINELLI LLP
2049 Century Park E., Ste. 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Email: adaniels@polsinelli.com

Jason A. Wietjes (admitted *pro hac vice*)
POLSINELLI PC
4020 Maple Ave., Ste. 300
Dallas, TX 75219
Telephone: (214) 661-5519
Email: jwietjes@polsinell.com

*Attorneys for Defendant Hugging Face, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EVOX PRODUCTIONS, LLC, a Delaware limited liability company,

Plaintiff,

v.

STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation; HUGGING FACE, INC., a Delaware corporation; DEVIANTART, INC., a, Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-07201-CAS-RAO

**DEFENDANT HUGGING FACE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(6)**

Date: January 11, 2027

Time: 10:00 a.m.

Location: Felicitas and Gonzalo Mendez United States Courthouse, 350 W. 1st St., Los Angeles, CA, 90012, Courtroom 8D

Hon. Christina A. Synder

Complaint Filed July 2, 2026

Trial Date: None Set

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order of September 11, 2026, on January 11, 2027, in Courtroom 8D (8th Floor) of the above-entitled court, located at 350 W. 1st St., Los Angeles, CA, 90012, Defendant Hugging Face, Inc. (Hugging Face) will and hereby does move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(2), (b)(3) and/or (b)(6), for an order dismissing Plaintiff EVOX Productions, LLC's (EVOX) complaint against Hugging Face herein.

Specifically, Hugging Face moves to dismiss the complaint because this Court lacks personal jurisdiction over Hugging Face under Rule 12(b)(2), fails to establish venue in this district under Rule 12(b)(3), and because EVOX fails to state a claim against Hugging Face under Rule 12(b)(6). Among other deficiencies, the complaint fails to allege facts establishing EVOX's claims arise out of or relate to any California-directed conduct by Hugging Face; fails to establish the Central District is a proper venue pursuant to 28 U.S.C. § 1400(a); fails to allege the volitional conduct required to state a claim for direct copyright infringement; fails to allege the specific knowledge, inducement, or tailoring required to state a claim for contributory copyright infringement under the Supreme Court's decision in *Cox Communications, Inc. v. Sony Music Ent.*, 607 U.S. 583, 593-96 (2026); and fails to allege Hugging Face removed or altered copyright management information, knew such information had been removed or altered without authority, or possessed the "second scienter" as required under 17 U.S.C. § 1202(b).

This motion is based on this notice of motion and motion, the supporting memorandum of points and authorities submitted herewith, all pleadings and papers on file in this action, any other matters of which the Court may take judicial notice, and any oral argument of counsel.

Dated: October 5, 2026

Respectfully Submitted,

By: */s/ Adam P. Daniels*
Adam P. Daniels