**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EVOX PRODUCTIONS, LLC,

*Plaintiff,*

v.

STABILITY AI LTD.; STABILITY AI, INC.; RUNWAY AI, INC.; HUGGING FACE, INC.; and DEVIANTART, INC.,

*Defendants*.

Case No. 2:26-cv-07201-(CAS)(RAOx)

**[PROPOSED] ORDER GRANTING DEFENDANT DEVIANTART, INC.'S MOTION TO DISQUALIFY CROWELL & MORING LLP**

Date: December 7, 2026
Time: 10:00 a.m.
Dept: Courtroom 8D
Judge: Hon. Christina A. Snyder
Date Action Filed: July 2, 2026

# [PROPOSED] ORDER

Upon consideration of Defendant DeviantArt, Inc.'s ("DeviantArt") Motion to Disqualify Crowell & Moring LLP (the "Motion to Disqualify"), all papers and arguments submitted in connection with the Motion to Disqualify, and the record in this action, **IT IS HEREBY ORDERED** that the Motion to Disqualify is **GRANTED** and that Crowell & Moring LLP is disqualified from representing Plaintiff EVOX Productions, LLC in this action, including as to all claims and all defendants.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
Hon. Christina A. Snyder
United States District Judge