EDWARD J. MCINTYRE (SBN 80402)
401 B Street, Suite 1200
San Diego, California 92101-4295
Telephone: 1.619.992.9038
Email: edmcintyre@ethicsguru.law

*Attorney for Defendant*
DEVIANTART, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EVOX PRODUCTIONS, LLC,

*Plaintiff,*

v.

STABILITY AI LTD.; STABILITY AI, INC.; RUNWAY AI, INC.; HUGGING FACE, INC.; and DEVIANTART, INC.,

*Defendants.*

Case No. 2:26-cv-07201-(CAS)(RAOx)

**DECLARATION OF GINA L. DURHAM IN SUPPORT OF DEFENDANT DEVIANTART, INC.'S MOTION TO DISQUALIFY CROWELL & MORING LLP**

Date: December 7, 2026
Time: 10:00 a.m.
Dept: Courtroom 8D
Judge: Hon. Christina A. Snyder
Date Action Filed: July 2, 2026

I, Gina L. Durham, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am a partner with the law firm DLA Piper LLP (US), counsel of record for Defendant DeviantArt, Inc. ("DeviantArt") in this action.

2. I submit this declaration in support of DeviantArt's Motion to Disqualify Crowell & Moring LLP ("Crowell"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently thereto.

3. To preserve DeviantArt's attorney-client privilege and work-product protection, this declaration does not disclose the substance of any communications between DeviantArt's legal department and Crowell, or the substance of Crowell's advice, analyses, or assessments. By submitting this declaration and its exhibits, DeviantArt does not waive, and expressly preserves, its attorney-client privilege and work-product protection as to all communications and information, including the underlying communications described below. Unredacted copies of Exhibits A and B will be presented for the Court's *in camera* review upon approval of DeviantArt's concurrently filed application.

4. A true and correct copy of my letter to Kent B. Goss at Crowell, dated August 25, 2026, regarding Crowell's conflict of interest representing EVOX Productions, LLC in this case, redacted to protect DeviantArt's attorney-client communications, is attached hereto as **Exhibit A**, and an unredacted copy will be presented for the Court's *in camera* review upon approval of DeviantArt's concurrently filed application.

5. A true and correct copy of the letter addressed to me from David M. Schnorrenberg, General Counsel of Crowell, dated September 4, 2026, in response to my August 25, 2026 letter, redacted to protect DeviantArt's attorney-client

communications, is attached hereto as **Exhibit B**, and an unredacted copy will be presented for the Court's *in camera* review upon approval of DeviantArt's concurrently filed application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2026, in San Francisco, California.

*/s/ Gina L. Durham*
Gina L. Durham