CROWELL & MORING LLP
Kent B. Goss (CSB No. 131499)
KGoss@crowell.com
Valerie M. Goo (CSB No. 187334)
VGoo@crowell.com
Raija Horstman (CSB No. 277301)
RHorstman@crowell.com
Kenneth R. Taketa (CSB No. 320365)
KTaketa@crowell.com
Ahnna L. Chu (CSB No. 351207)
AChu@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Counsel Seeking Withdrawal from Representation of Plaintiff EVOX Productions, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS, LLC a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STABILITY AI, INC., a Delaware corporation; STABILITY AI LTD., a UK corporation; STABILITY AI US SERVICES CORPORATION, a Delaware corporation; RUNWAY AI, INC., a Delaware corporation, HUGGING FACE, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-07201-SVW-DMK<br><br>**PLAINTIFF EVOX PRODUCTIONS, LLC'S RESPONSE TO MOTION TO DISQUALIFY (ECF NO. 79) REQUESTING COURT TO ENTER ORDER GRANTING SUBSTITUTION OF COUNSEL (ECF NO. 85) AND DENY MOTION AS MOOT**<br><br>Complaint Filed: July 2, 2026 |

Plaintiff Evox Productions, LLC ("Plaintiff") and its undersigned counsel at Crowell & Moring LLP ("Crowell") respectfully request that the Court enter an order granting Plaintiff's November 2, 2026, Request for Approval of Substitution and Withdrawal of Counsel (ECF Nos. 85, 85-1).

While Plaintiff and Crowell dispute and do not concede the merits of Defendant DeviantArt, Inc.'s ("DeviantArt") Motion to Disqualify filed on October 14, 2026 ("Motion"; ECF No. 79), Plaintiff's Request for Approval of Substitution or Withdrawal of Counsel seeking leave for all Crowell attorneys to withdraw from this action, and for Susman Godfrey LLP to substitute as counsel for Plaintiff, would render DeviantArt's Motion moot and obviate further briefing on the Motion, including Crowell's substantive opposition due November 9, 2026. The involved parties have been working on a stipulation contemplating guidelines for the smooth transition of the matter from Crowell to Susman Godfrey.

Accordingly, Plaintiff and Crowell respectfully request that the Court enter an order granting the Request for Approval of Substitution and Withdrawal of Counsel that Plaintiff filed on November 2, 2026 (ECF Nos. 85, 85-1), deny DeviantArt's Motion to Disqualify as moot (ECF No. 79), and vacate the remaining briefing deadlines and hearing set by the scheduling order (ECF No. 82).

Dated: November 9, 2026

CROWELL & MORING LLP

By: */s/ Kent B. Goss*

Kent B. Goss
Valerie M. Goo
Raija Horstman
Kenneth R. Taketa
Ahnna L. Chu

Counsel Seeking Withdrawal from Representation of Plaintiff EVOX Productions, LLC